IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

GREGORY J. GIBSON,

        Plaintiff,

v.                              No. CV 10-284 WJ/WPL

CORRECTIONAL MEDICAL
SERVICES, INC., et al.,

        Defendants.

## ORDER TO SHOW CAUSE

This matter is before me *sua sponte* based on Defendant Ron Torres' notice that mail sent to Gregory J. Gibson's last known address has been returned as undeliverable, (Doc. 23). Gibson has brought suit under 42 U.S.C. § 1983 and New Mexico state law against Torres and Correctional Medical Services, Inc. based on events that transpired during his incarceration in Bernalillo County Metropolitan Detention Center ("BCMDC"). (Docs. 1 & 5.) Gibson has appeared *pro se* and is proceeding *in forma pauperis*. (Doc. 7.)

Torres asserts that he has attempted to serve three documents on Gibson by mailing them to his address of record, which is BCMDC. (*Id.* at 1.) BCMDC received one of these letters on January 24, 2011 and the other two on January 26, 2011. (*Id.* at Exs. 1-3.) Each of these letters was returned, and a stamp on each envelope indicates that Gibson is not in custody. To date, Gibson has not notified the court of his change of address.

As a party appearing *pro se*, Gibson is under a continuing duty to apprise the court in writing of any changes to his mailing address. D.N.M.LR-Civ. 83.6. His *pro se* status does not relieve him of the obligation to comply with this or other procedural requirements and rules of civil procedure. *See Ogden v. San Juan County*, 32 F.3d 452, 455 (10th Cir. 1994); *Green v. Dorrell*, 969 F.2d 915,

1

917 (10th Cir. 1991). His failure to comply with the court's local rules indicates a lack of interest in litigating his claims. *See Link v. Wabash R.R. Co.*, 370 U.S. 626, 629-30 (1962).

Gibson must respond to this order and to show cause why his complaint should not be dismissed. His failure to respond may result in his case being dismissed without prejudice.

IT IS THEREFORE ORDERED that, within sixty (60) days from entry of this order, Gibson shall file a response showing cause, if any, why his complaint should not be dismissed. A copy of this order shall be sent to Gibson at his last known address.

IT IS FURTHER ORDERED that the deadlines for submitting and responding to the *Martinez* report, (Doc.22), are suspended until the issue raised in this order is resolved.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　William P. Lynch
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

A true copy of this order was served
on the date of entry--via mail or electronic
means--to counsel of record and any *pro se*
party as they are shown on the Court's docket.

2