## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

GREGORY J. GIBSON,

      Plaintiff,

v.                                                           No. CV 10-284 WJ/WPL

CORRECTIONAL MEDICAL
SERVICES, INC., et al.,

      Defendants.

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

This matter is before the Court on the Magistrate Judge's Proposed Findings and Recommended Disposition (PFRD), filed April 6, 2011. (Doc. 27.) The parties were notified that objections were due within fourteen days of service of the PFRD and that if no objections were filed, no appellate review would be allowed. To this date, no objections have been filed.

IT IS THEREFORE ORDERED that:

1) the PFRD is adopted as an order of the Court; and

2) this case is dismissed without prejudice.

_____
WILLIAM P. JOHNSON
UNITED STATES DISTRICT JUDGE